# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 13-60521

_____

OSHRC Docket No. 11-2555

United States Court of Appeals
Fifth Circuit

**FILED**

August 25, 2014

Lyle W. Cayce
Clerk

AUSTIN INDUSTRIAL SPECIALTY SERVICES, L.P.,

      Petitioner

v.

OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION;
THOMAS E. PEREZ, SECRETARY, DEPARTMENT OF LABOR,

      Respondents

Petition for Review of an Order of the
Occupational Safety and Health Review Commission

Before STEWART, Chief Judge, and HIGGINBOTHAM and ELROD, Circuit
Judges.

J U D G M E N T

This cause was considered on the petition of Austin Industrial Specialty
Services, L.P. for review of an order of the Occupational Safety and Health
Review Commission and was argued by counsel.

It is ordered and adjudged that the petition for review is denied.

IT IS FURTHER ORDERED that each party bear its own costs on
appeal.

ISSUED AS MANDATE:

A True Copy
    Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
           **Deputy**

New Orleans, Louisiana